# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0728
_____

W.J., Paternal Grandfather,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, In the Interest of E.J.,
a Minor Child,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 27, 2019

PER CURIAM.

    DENIED.

WOLF, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael E. Morris of Law Office of Michael E. Morris, Orlando, for Petitioner.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee; Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Respondent.